<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000874
08-APR-2026
08:12 AM
Dkt. 30 OAWST**</span>

NO. CAAP-25-0000874

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL UNION #1 OF HAWAII, AFL-CIO, Petitioner-Appellant,
v.
QUALITY GENERAL, INC., Respondent-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CSP-25-0000345)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the March 27, 2026 Stipulation for Dismissal Under HRAP 42(b) of Appeal from Order Denying Motion to Confirm and Enforce Arbitration Decision and Award, and for Entry of Judgment and Other Relief Filed on September 4, 2025 (Dkt. 1), Filed on November 19, 2025 (Dkt. 42), with Prejudice (**Stipulation**) filed by Respondent-Appellee Quality General, Inc., the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) under Rule 42(b) of the Hawaiʻi Rules of Appellate Procedure, the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and

(3) the stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, April 8, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge